**Order filed March 16, 2020.**



**In The**

# Fourteenth Court of Appeals
———————

**NO. 14-20-00190-CV**
———————

**CITY OF HOUSTON, Appellant**

**V.**

**CRYSTAL  GREEN, Appellee**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2019-12122**

---

### ORDER

The reporter's record in this case was due March 9, 2020.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Darlene Stein, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.